**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**NOVELLA SHAWNTAY WYCOFF**                      **PLAINTIFF**

**V.**                 **CASE NO. 3:15-CV-00270 JTK**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**
**ADMINISTRATION**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 16th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE